THERESA LIND, an Infant, etc., v. A. STIRLING CALDER.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RUBY GRAVES LOCKLEAR v. FOX FILM CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OLIVE GILSEY v. VICTOR M. GILSEY.— Motion granted until appellant submits himself to the jurisdiction of the court. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMILIE WEIL v. SAMUEL HOROWITZ.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of N. SUMMERGRADE & SONS, etc. (FRANK A. HALL and Others).— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOL. J. JARVIS v. SAMUEL A. LANGFUR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, a Corporation, Respondent, v. MURRELL L. BUCKNER and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE G. BRANDENBURG and Others, Copartners, etc., Appellants, v. ECLIPSE MACHINE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Respondent, v. BROOKLYN AND MANHATTAN FERRY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN G. FERNALD, Appellant, v. JAMES HOWDEN COMPANY OF AMERICA, INC., Sued Herein as CLARK & NORTON MANUFACTURING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY WETHERS, as Administratrix, etc., of ROBERT WETHERS, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, in view of the affirmance of the order vacating the judgment appealed from and ordering a new trial on the ground of newly-discovered evidence. (See *post*, p. 810.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY WETHERS, as Administratrix, etc., of ROBERT WETHERS, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BROAD AND LACKAWANNA REALTY COMPANY, Respondent, v. EDWARD N. BREITUNG and Another, Copartners, etc., Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ARTHUR LEVE, Appellant, v. EDITH DILLON, Respondent.— Order so far as appealed from reversed, without costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

F. L. LEBEAU, INC., Respondent, v. PAUL BALME, Doing Business under the Firm Name and Style of B. PAUL, Appellant.— Order affirmed, with ten dollars